UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

Firm #20-8104897

-------------------------------------------- -----------X

IN RE:

Chapter 11

Bridge Associates of Pocono Township, LP

Case No.:
**AFFIDAVIT PURSUANT
TO RULE 1007-3**

Debtor.

-------------------------------------------------------X

**ALAN LUCKNER**, hereby states and affirms under the penalties of perjury:

1.     I am the Managing Agent of the debtor herein, and submit this affidavit pursuant to Rule 1007-3 of the Local Bankruptcy Rules.

2.     The business of the debtor is a real estate company. This Chapter 11 was required due to a foreclosure dispute which threatened to close down the debtor's business.

3.     On June 1, 2010, the debtor filed its original petition for reorganization of its debts under Chapter 11 of the Bankruptcy Code.

4.     The debtor is required to file a list containing the names and addresses of the twenty largest unsecured creditors (i) excluding those who or which would not be entitled to vote a creditors meeting under 11 U.S.C. 702; (ii) such creditors who are employees of the debtor at the time of the filing of the petition of reorganization; and (iii) creditors who are "insiders" as that term is defined in Section 101(25) of the Bankruptcy Code. The list of the twenty largest unsecured creditors has already been filed. A copy of that list is annexed hereto as Exhibit "A".

5.     There are no secured creditors. The Debtor has total assets of six million nine hundred thousand ($6,900,000.00) dollars and total liabilities of approximately four million one hundred thousand ($4,100,000.00) dollars.

6. The location of the debtor's business as well as the books and records are at the primary offices which are located at 619 Bridge Street, Woodmere, NY 11598, but the assets of the debtor are Camelback Road, Ski Side Village, Tannersville, PA 18372.

7. None of the debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any entity.

8. All stock issued and outstanding is common stock of one class, 100% being held by Adam Luckner, President, by 1% in his name and 99% in his company name, REO Acquisitions, LLC. As Managing Agent of the debtor, Alan Luckner is responsible for the day-to-day operations of the business. He has over twenty-five (25) years experience in the real estate industry. The current management will manage the debtor as Debtor-In-Possession. Alan Luckner earns a gross salary of four hundred ( $400.00) dollars per week. There are no other officers or directors.

9. The debtor has one (1) employee. The monthly payroll is one thousand seven hundred twenty ($1,720.00) dollars.

10. The debtor estimates operating expenses to not exceed nine thousand one hundred ($9,100.00) dollars for taxes and property mortgage payment of $22,000.00 for the first thirty (30) day post-petition period. Past due amounts to creditors are not included herein as operating expenses, since they will be dealt with under the Plan of Reorganization. There are no cash receipts.

11. The debtor expects **gross** income from its business operations to be approximately thirty-three thousand ($33,000.00) dollars in the first thirty (30) day post-petition period.

12. The needs and interest of the debtor and its creditors will be best served by the debtor's continued operation and management of its assets. The debtor believes that the interest

of all parties would be best served by the continuation of the debtor's operations and property

management as debtor-in-possession under Chapter 11 until confirmation of a reorganization

plan.

Dated: Garden City, New York
June 1, 2010

_____
By: Alan Luckner, Managing Agent

Sworn to before me this
1st day of June, 2010

s/ Roy J. Lester
Notary Public

ROY J. LESTER
Notary Public, State Of New York
No.30-4841129
Qualified In Nassau County
Commission Expires September 30, 2013